**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHARLOTTE BOWNES, et al

　　　　Plaintiff(s),

vs.

INTERNATIONAL GAME
TECHNOLOGY et al

　　　　Defendant(s).

Case #3:24-cv-00528

**ORDER APPROVING**
**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

_____Gregory A. Mitchell_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

The Miller Law Firm, P.C.
(firm name)

with offices at 950 W. University Drive, Suite 300,
(street address)

Rochester, Michigan, 48307,
(city)　　　　　(state)　　　　　(zip code)

248-841-2200, gam@millerlawpc.com.
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Plaintiffs to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  February 23, 2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Michigan (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Michigan | February 23, 2005 | P68723 |
| USDC Eastern District of Michigan | February 8, 2006 | |
| USDC Western District of Michigan | October 2, 2019 | |
| USDC Eastern Michigan Bankruptcy | February 8, 2006 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Michigan

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Michigan____ )
                          )
COUNTY OF ____Oakland____ )

____Gregory A. Mitchell____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__25th__ day of __November__, __2024__.

_____
Notary Public or Clerk of Court

AMY A DAVIS
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jul 24, 2027
Acting in the County of Oakland

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __David C. O'Mara, Esq.__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____311 E. Liberty Street_____,
(street address)

____Reno____, ____Nevada____, __89501__,
(city)          (state)           (zip code)

____775.323.1321____, ____david@omaralaw.net____.
(area code + telephone number)    (Email address)

4                                                                Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____David C. O'Mara, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

08599                              david@omaralaw.net
Bar number                         Email address

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____David C. O'Mara, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Joe Lagreca {Nov 22, 2024 16:32 EST}

**Joe Lagreca**
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

08599                       david@omaralaw.net
Bar number                  Email address

Rev. 5/16

# Client Signature Page - Flattened

Final Audit Report 2024-11-22

| | |
|---|---|
| Created: | 2024-11-22 |
| By: | Tyler Somes (tsomes@hedinllp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAuZBCwjLJRYJh7TXje-f6dR8bA5J9kn4X |

## "Client Signature Page - Flattened" History

- Document created by Tyler Somes (tsomes@hedinllp.com)
  2024-11-22 - 9:13:44 PM GMT

- Document emailed to Joe Lagreca (joey_peapod@yahoo.com) for signature
  2024-11-22 - 9:14:55 PM GMT

- Email viewed by Joe Lagreca (joey_peapod@yahoo.com)
  2024-11-22 - 9:32:08 PM GMT

- Document e-signed by Joe Lagreca (joey_peapod@yahoo.com)
  Signature Date: 2024-11-22 - 9:32:21 PM GMT - Time Source: server

- Agreement completed.
  2024-11-22 - 9:32:21 PM GMT

Adobe Acrobat Sign

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____David C. O'Mara, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Charlotte Bownes* (Nov 22, 2024 16:31 EST)
(party's signature)

**Charlotte Bownes**
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

08599                david@omaralaw.net
Bar number           Email address

Rev. 5/16

# Client Signature Page - Flattened

Final Audit Report                                                                         2024-11-22

| | |
|---|---|
| Created: | 2024-11-22 |
| By: | Tyler Somes (tsomes@hedinllp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA3U2Ez34fLH5sut1ffmyjqZ-oL9AeFhRU |

## "Client Signature Page - Flattened" History

- Document created by Tyler Somes (tsomes@hedinllp.com)
  2024-11-22 - 9:20:20 PM GMT

- Document emailed to Charlotte Bownes (cbownes@yahoo.com) for signature
  2024-11-22 - 9:20:44 PM GMT

- Email viewed by Charlotte Bownes (cbownes@yahoo.com)
  2024-11-22 - 9:30:23 PM GMT

- Document e-signed by Charlotte Bownes (cbownes@yahoo.com)
  Signature Date: 2024-11-22 - 9:31:16 PM GMT - Time Source: server

- Agreement completed.
  2024-11-22 - 9:31:16 PM GMT

Adobe Acrobat Sign

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____David C. O'Mara, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
Jessica Naumann (Nov 22, 2024 20:32 PST)
(party's signature)

Jessica Naumann
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

08599                        david@omaralaw.net
Bar number                   Email address

Rev. 5/16

# Client Signature Page - Flattened

Final Audit Report             2024-11-23

| | |
|---|---|
| Created: | 2024-11-22 |
| By: | Tyler Somes (tsomes@hedinllp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAMExklFCXhQ2woIBT2kKB_bSbD2RF6S2l |

## "Client Signature Page - Flattened" History

- Document created by Tyler Somes (tsomes@hedinllp.com)
  2024-11-22 - 11:49:05 PM GMT

- Document emailed to jessicanaumann@yahoo.com for signature
  2024-11-22 - 11:50:18 PM GMT

- Email viewed by jessicanaumann@yahoo.com
  2024-11-23 - 4:32:00 AM GMT

- Signer jessicanaumann@yahoo.com entered name at signing as Jessica Naumann
  2024-11-23 - 4:32:24 AM GMT

- Document e-signed by Jessica Naumann (jessicanaumann@yahoo.com)
  Signature Date: 2024-11-23 - 4:32:26 AM GMT - Time Source: server

- Agreement completed.
  2024-11-23 - 4:32:26 AM GMT

Adobe Acrobat Sign

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____David C. O'Mara, Esq._____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____Christopher B Goodin_____
(party's signature)

*Christopher B Goodin*
Christopher B Goodin (Nov 25, 2024 13:34 CST)
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

08599                              david@omaralaw.net
Bar number                         Email address

**APPROVED.**

*[signature]*
_____
Anne R. Traum
United States District Judge

DATED: November 27, 2024

Rev. 5/16

# Client Signature Page - Flattened

Final Audit Report                                              2024-11-25

| | |
|---|---|
| Created: | 2024-11-25 |
| By: | Tyler Somes (tsomes@hedinllp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAt9q-gp6yKaOdhvzgsDXjUWKh882y1JCe |

## "Client Signature Page - Flattened" History

- Document created by Tyler Somes (tsomes@hedinllp.com)
  2024-11-25 - 7:13:24 PM GMT

- Document emailed to Brad Goodin (goodin2195@gmail.com) for signature
  2024-11-25 - 7:14:17 PM GMT

- Email viewed by Brad Goodin (goodin2195@gmail.com)
  2024-11-25 - 7:33:28 PM GMT

- Signer Brad Goodin (goodin2195@gmail.com) entered name at signing as Christopher B Goodin
  2024-11-25 - 7:34:06 PM GMT

- Document e-signed by Christopher B Goodin (goodin2195@gmail.com)
  Signature Date: 2024-11-25 - 7:34:08 PM GMT - Time Source: server

- Agreement completed.
  2024-11-25 - 7:34:08 PM GMT

Adobe Acrobat Sign

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Gregory Allan Mitchell*

was admitted to the practice of law in the courts of the State of Michigan on

*November 21, 2005*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: November 25, 2024

Clerk