# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE BOWNES, et al<br><br>Plaintiff(s),<br><br>vs.<br><br>INTERNATIONAL GAME TECHNOLOGY et al<br><br>Defendant(s). | Case #3:24-cv-00528<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Tyler Somes (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Hedin LLP
(firm name)

with offices at 1100 15th Street NW, Suite 04-108 (street address),

Washington (city), District of Columbia (state), 20005 (zip code),

585-749-6492 (area code + telephone number), tylersomes51@gmail.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Charlotte Bownes, et al [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since May 5, 2023 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the District of Columbia | 9/9/2024 | 90013925 |
| U.S. Dist. Court for the Southern Dist. of Texas | 2/19/2020 | 3515780 |
| U.S. Dist. Court for the Western Dist. of Texas | 2/29/2020 (approx.) | 24110385 |
| U.S. Dist. Court for the Northern Dist. of Texas | 2/20/2020 | 24110385 |
| U.S. Dist. Court for the Eastern Dist. of Texas | 2/29/20 (approx.) | 24110385 |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

On November 26, 2024, the Hon. Mark T. Pittman issued an Order sanctioning the Petitioner for opposing a second extension of time for a defendant to answer. *See Wissel, et al v. Rural Media Group, Inc.*, No. 4:24-cv-00999-P, Dkt. 15 (N.D. Tex.). Petitioner believe there was a "materially adverse" risk to his clients' claims if the extension was granted within the meaning of the governing professional standard. *See Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc). Nevertheless, Petitioner commits to consenting to all reasonable requests for extensions of deadlines in his practice moving forward. This is the only such incident requiring disclosure herein in the course of Petitioner's career as an attorney.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

__________________________
Petitioner's signature

STATE OF District of Columbia )
)
COUNTY OF Washington DC )

Tyler Somes, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

__________________________
Petitioner's signature

Subscribed and sworn to before me this

22nd day of November, 2024.

__________________________
Notary Public or Clerk of Court

DON H. KIM
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2028

DON H. KIM NOTARY PUBLIC DISTRICT OF COLUMBIA MY COMMISSION EXPIRES 8/31/2028

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate David C. O'Mara, Esq. (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

311 E. Liberty Street,
(street address)

Reno, (city) Nevada, (state) 89501, (zip code)

775.323.1321, (area code + telephone number) david@omaralaw.net. (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) David C. O'Mara, Esq. (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

______________________________
(party's signature)

______________________________
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

______________________________
Designated Resident Nevada Counsel's signature

08599 — Bar number

david@omaralaw.net — Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

______________________________
UNITED STATES DISTRICT JUDGE

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) David C. O'Mara, Esq. (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

Joe Lagreca (Nov 22, 2024 16:32 EST)
(party's signature)

Joe Lagreca
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

______________________________
Designated Resident Nevada Counsel's signature

08599 david@omaralaw.net
Bar number Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

______________________________
UNITED STATES DISTRICT JUDGE

# Client Signature Page - Flattened

Final Audit Report 2024-11-22

| | |
|---|---|
| Created: | 2024-11-22 |
| By: | Tyler Somes (tsomes@hedinllp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAuZBCwjLJRYJh7TXje-f6dR8bA5J9kn4X |

## "Client Signature Page - Flattened" History

Document created by Tyler Somes (tsomes@hedinllp.com)
2024-11-22 - 9:13:44 PM GMT

Document emailed to Joe Lagreca (joey_peapod@yahoo.com) for signature
2024-11-22 - 9:14:55 PM GMT

Email viewed by Joe Lagreca (joey_peapod@yahoo.com)
2024-11-22 - 9:32:08 PM GMT

Document e-signed by Joe Lagreca (joey_peapod@yahoo.com)
Signature Date: 2024-11-22 - 9:32:21 PM GMT - Time Source: server

Agreement completed.
2024-11-22 - 9:32:21 PM GMT

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) David C. O'Mara, Esq. as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Charlotte Bownes
Charlotte Bownes (Nov 22, 2024 16:31 EST)
(party's signature)

Charlotte Bownes
(type or print party name, title)

_______________________________
(party's signature)

_______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_______________________________
Designated Resident Nevada Counsel's signature

| 08599 | david@omaralaw.net |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this ______ day of ________________, 20___.

_______________________________
UNITED STATES DISTRICT JUDGE

# Client Signature Page - Flattened

Final Audit Report 2024-11-22

| | |
|---|---|
| Created: | 2024-11-22 |
| By: | Tyler Somes (tsomes@hedinllp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA3U2Ez34fLH5sut1ffmyjqZ-oL9AeFhRU |

## "Client Signature Page - Flattened" History

Document created by Tyler Somes (tsomes@hedinllp.com)
2024-11-22 - 9:20:20 PM GMT

Document emailed to Charlotte Bownes (cbownes@yahoo.com) for signature
2024-11-22 - 9:20:44 PM GMT

Email viewed by Charlotte Bownes (cbownes@yahoo.com)
2024-11-22 - 9:30:23 PM GMT

Document e-signed by Charlotte Bownes (cbownes@yahoo.com)
Signature Date: 2024-11-22 - 9:31:16 PM GMT - Time Source: server

Agreement completed.
2024-11-22 - 9:31:16 PM GMT

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) David C. O'Mara, Esq. (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

Jessica Naumann (Nov 22, 2024 20:32 PST)
(party's signature)

Jessica Naumann
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

______________________________
Designated Resident Nevada Counsel's signature

08599 david@omaralaw.net
Bar number Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

______________________________
UNITED STATES DISTRICT JUDGE

# Client Signature Page - Flattened

Final Audit Report 2024-11-23

| | |
|---|---|
| Created: | 2024-11-22 |
| By: | Tyler Somes (tsomes@hedinllp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAMExklFCXhQ2woIBT2kKB_bSbD2RF6S2l |

## "Client Signature Page - Flattened" History

Document created by Tyler Somes (tsomes@hedinllp.com)
2024-11-22 - 11:49:05 PM GMT

Document emailed to jessicanaumann@yahoo.com for signature
2024-11-22 - 11:50:18 PM GMT

Email viewed by jessicanaumann@yahoo.com
2024-11-23 - 4:32:00 AM GMT

Signer jessicanaumann@yahoo.com entered name at signing as Jessica Naumann
2024-11-23 - 4:32:24 AM GMT

Document e-signed by Jessica Naumann (jessicanaumann@yahoo.com)
Signature Date: 2024-11-23 - 4:32:26 AM GMT - Time Source: server

Agreement completed.
2024-11-23 - 4:32:26 AM GMT

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) David C. O'Mara, Esq. (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

Christopher B Goodin
(party's signature)

Christopher B Goodin
Christopher B Goodin (Nov 25, 2024 13:34 CST)
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

______________________________
Designated Resident Nevada Counsel's signature

08599 david@omaralaw.net
Bar number Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

______________________________
UNITED STATES DISTRICT JUDGE

# Client Signature Page - Flattened

Final Audit Report 2024-11-25

| | |
|---|---|
| Created: | 2024-11-25 |
| By: | Tyler Somes (tsomes@hedinllp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAt9q-gp6yKaOdhvzgsDXjUWKh882y1JCe |

## "Client Signature Page - Flattened" History

Document created by Tyler Somes (tsomes@hedinllp.com)
2024-11-25 - 7:13:24 PM GMT

Document emailed to Brad Goodin (goodin2195@gmail.com) for signature
2024-11-25 - 7:14:17 PM GMT

Email viewed by Brad Goodin (goodin2195@gmail.com)
2024-11-25 - 7:33:28 PM GMT

Signer Brad Goodin (goodin2195@gmail.com) entered name at signing as Christopher B Goodin
2024-11-25 - 7:34:06 PM GMT

Document e-signed by Christopher B Goodin (goodin2195@gmail.com)
Signature Date: 2024-11-25 - 7:34:08 PM GMT - Time Source: server

Agreement completed.
2024-11-25 - 7:34:08 PM GMT

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Tyler Somes*

*was duly qualified and admitted on May 15, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 27, 2024.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***