AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Charlotte Bownes; Joseph Lagreca; Jessica Naumann; Christopher Goodin *Plaintiff(s)* v. Stations Casinos LLC *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:24-cv-00528 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stations Casinos LLC
1505 S. Pavilion Center Dr.
Las Vegas, Nevada 89135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The O'Mara Law Firm, P.C.
David C. O'Mara, Esq.
311 E. Liberty Street
Reno, Nevada 89501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: November 22, 2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00528

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

O'MARA LAW FIRM
311 E LIBERTY ST
RENO, NV 89501
(775) 323-1321



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE BOWNES, ET AL.<br>Plaintiff<br><br>vs<br><br>INTERNATIONAL GAME TECHNOLOGY PLC, ET AL.<br>Defendant | Case Number: 3:24-CV-00528-ART-CSD<br><br>Dept:<br><br>**PROOF OF SERVICE** |

TYLER TREWET, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Wednesday, November 27, 2024 a copy of the:
**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT**

I served the same on **12/2/2024 at 4:40 PM** to:

**Defendant STATION CASINOS, LLC, BY SERVING STATION CASINOS LLC, REGISTERED AGENT**

by leaving the copies with or in the presence of **RICHARD SANCHEZ, SECURITY**, at 1505 S PAVILION CENTER DR, LAS VEGAS, NV 89135, pursuant to **NRS 14.020**.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Tuesday, December 3, 2024

TYLER TREWET
Registered Work Card R-2019-04184

Legal Wings, Inc., 1118 Fremont Street, Las Vegas, NV 89101, (702) 384-0305, PILB #389

P-2014823.01