1  ANTHONY J. DIRAIMONDO, ESQ.  (NSB #10875)
   Email: adiraimondo@rrsc-law.com
2  RICE REUTHER SULLIVAN & CARROLL, LLP
3  3800 Howard Hughes Parkway, Ste 1200
   Las Vegas, NV 89169
4  Telephone: (702) 732-9099
   PAUL G. KARLSGODT
5  *Pro hac vice forthcoming*
   Email: pkarlsgodt@bakerlaw.com
6  BAKER & HOSTETLER LLP
7  1801 California St., Suite 4400
   Denver, CO 80202
8  Telephone: (303) 861-0600
   CARRIE DETTMER SLYE
9  *Pro hac vice forthcoming*
   Email: cdettmerslye@bakerlaw.com
10 BAKER & HOSTETLER LLP
11 312 Walnut Street, Suite 3200
   Cincinnati, OH 45202-4074
12 Telephone: (513) 852-2626

13 *Attorneys for Defendant International Game*
   *Technology PLC*

14
                    **UNITED STATES DISTRICT COURT**
15                       **DISTRICT OF NEVADA**

16  CHARLOTTE BOWNES; JOSEPH             Case No.: 3:24-cv-00528-ART-CSD
    LAGRECA; JESSICA NAUMANN; and
17  CHRISTOPHER GOODIN, individually and  **STIPULATION AND [PROPOSED]**
    on behalf of all others similar situated,  **ORDER TO EXTEND TIME FOR**
18                                        **DEFENDANTS TO RESPOND TO**
                                          **COMPLAINT [ECF NO. 1]**
19              Plaintiffs,
                                          **(FIRST REQUEST)**
20         v.

21  INTERNATIONAL GAME TECHNOLOGY
    PLC; MGM RESORTS INTERNATIONAL;
22  BALLY'S CORPORATION; PENN
    ENTERTAINMENT, INC.; STATION
23  CASINOS, LLC,

24              Defendants.

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

Pursuant to LR IA 6-1, Plaintiffs Charlotte Bownes, Joseph Lagreca, Jessica Naumann, and Christopher Goodin, on one hand, and Defendant International Game Technology, PLC[1], on the other hand, by and through their respective undersigned attorneys of record (collectively, the "Parties"), hereby stipulate and agree subject to the Court's approval to extend time for defendants to respond to the Complaint (ECF No. 1). The current deadline for Defendant International Game Technology, PLC is December 16, 2024. This is the first request for extension concerning this deadline.

1. On November 21, 2024, Plaintiffs filed their Complaint (ECF No. 1) against defendants, including Defendant International Game Technology, PLC (Defendant).

2. On November 25, 2024, Plaintiffs mailed a copy of the Complaint and Summons to a registered agent associated with Defendant (ECF No. 11).

3. The current deadline for Defendant to respond to the Complaint (ECF No. 1) is December 16, 2024.

4. Defendant contacted Plaintiffs to discuss its position that International Game Technology, PLC is an improperly named party. Defendant also indicated that other defendants share a similar concern.

5. Through this conferral process, Plaintiffs stated that they intend to amend the complaint to add additional parties and defendants.

6. Subject to the Court's approval, the Parties have agreed that all defendants shall have an additional forty-five (45) days to respond to the Complaint (ECF No. 1).

7. During the requested extension, the parties intend to confer regarding the named defendants and anticipate the filing of an amended complaint. The Parties will confer regarding the filing of any amended complaint and a proposed briefing schedule.

8. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

---

[1] By entering into this stipulation, Defendant International Game Technology PLC does not waive any arguments related to service of process, jurisdiction or any initial motion defenses.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: December 16, 2024

/s/ David C. O'Mara_____
DAVID C. O'MARA
Email: david@omaralaw.net
THE O'MARA LAW FIRM, P.C.
311 E. Liberty St
Reno, NV 89501
Telephone: (775) 323-1321

E. POWELL MILLER
*Pro hac vice*
Email: epm@millerlawpc.com
GREGORY A. MITCHELL
*Pro hac vice*
Email: gam@millerlawpc.com
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200

FRANK S. HEDIN
*Pro hac vice forthcoming*
Email: fhedin@hedinllp.com
HEDIN LLP
4395 Brickell Avenue. Suite 610
Miami, FL 33131
Telephone: (305) 357-2107

TYLER K. SOMES
*Pro hac vice pending*
Email: tsomes@hedinllp.com
HEDIN LLP
1100 15th Street NW, Suite 04-108
Washington, DC 20005
Telephone: (202) 900-3331

*Attorneys for Plaintiffs individually and on
behalf of all others similar situated*

DATED: December 16, 2024

/s/ Anthony J. DiRaimondo_____
ANTHONY J. DIRAIMONDO, ESQ. (NSB
#10875)
Email: adiraimondo@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL,
LLP
3800 Howard Hughes Parkway, Ste 1200
Las Vegas, Nv 89169
Telephone: (702) 732-9099

PAUL G. KARLSGODT
*Pro hac vice forthcoming*
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600

CARRIE DETTMER SLYE
*Pro hac vice forthcoming*
Email: cdettmerslye@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Telephone: (513) 852-2626

*Attorneys for Defendant International Game
Technology PLC*

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE
Dated:**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER