UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHARLOTTE BOWNES, et al.

    Plaintiff(s),

vs.

INTERNATIONAL GAME
TECHNOLOGY PLC, et al.

    Defendant(s).

Case #3:24-cv-00528-ART-CSD

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Paul G. Karlsgodt_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Baker & Hostetler, LLP_____
(firm name)

with offices at _____1801 California Street, Suite 4400_____,
(street address)

_____Denver_____, _____Colorado_____, _____80202_____,
(city)  (state)  (zip code)

_____(303) 861-0600_____, _____pkarlsgodt@bakerlaw.com_____.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____International Game Technology, PLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 10/31/1997 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Washington | 07/11/2008 | 40311 |
| See Attached | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Colorado and Washington

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 09/30/2024 | 23-CV-01886-SI | USDC Oregeon | Granted |
| 07/16/2024 | 22BU-CC-01774-01 | CC Buchanan County, MO | Granted |
| 07/15/2024 | BCD-CIV-2024-00031 | Business Court, Maine | Granted |
| 08/03/2023 | 23-CV-3153-DDC | USDC Greenville Div., SC | Granted |
| 01/24/2023 | 22-CV-02040-H-DDL | USDC Southern District CA | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  Colorado  )
                    )
COUNTY OF  Denver   )

____Paul G. Karlsgodt____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__17th__ day of __December__, __2024__.

__Andrea Griffin__
Notary Public or Clerk of Court

ANDREA D. GRIFFIN
Notary Public
State of Colorado
Notary ID # 20204014844
My Commission Expires 04-24-2028

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Anthony J. DiRaimondo__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3800 Howard Hughes Parkway, Suite 1200____,
(street address)

__Las Vegas__, __Nevada__, __89169__,
(city)           (state)         (zip code)

__(702) 732-9099__, __adiraimondo@rrsc-law.com__.
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Anthony J. DiRaimondo_____ as his/her/their Designated Resident Nevada Counsel in this case.

*/s/ Stephen Calogero*
(party's signature)

Stephen Calogero, Deputy GC - Global Gaming and IP
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Anthony DiRaimondo*
Designated Resident Nevada Counsel's signature

10875                    adiraimondo@rrsc-law.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

PAUL G. KARLSGODT
Attachment (Additional Courts) to Application of Attorney for Admission to
Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

| Court | Status | Date of Admission |
|---|---|---|
| District of Colorado | Active | 10/12/1999 |
| Tenth Circuit Court of Appeals | Active | 10/12/1999 |
| Ninth Circuit Court of Appeals | Active | 10/12/2006 |
| Northern District of Illinois (General Bar) | Active | 10/15/2013 |
| Eastern District of Missouri | Active | 12/06/2013 |
| Seventh Circuit Court of Appeals | Active | 11/05/2014 |
| Western District of Washington | Active | 03/27/2015 |
| Eighth Circuit Court of Appeals | Active | 07/10/2015 |
| Western District of New York | Active | 10/21/2015 |
| Sixth Circuit Court of Appeals | Active | 03/09/2018 |
| Western District of Wisconsin | Active | 05/18/2018 |
| Western District of Michigan | Active | 07/02/2018 |
| Central District of Illinois | Active | 12/26/2019 |
| Fourth Circuit Court of Appeals | Active | 02/14/2020 |
| Southern District of Illinois (General) | Active | 09/24/2020 |
| Third Circuit Court of Appeals | Active | 07/07/2021 |
| Southern District of Indiana | Active | 04/20/2022 |

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 40311 |
| OF | ) | **CERTIFICATE** |
| PAUL G. KARLSGODT | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Acting Clerk of the Supreme Court of the State of Washington, hereby certify

**PAUL G. KARLSGODT**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on July 11, 2008, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 18th day of December, 2024.

Sarah R. Pendleton
Acting Supreme Court Clerk
Washington State Supreme Court



**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Paul Karlsgodt**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **31st** day of **October** A.D. **1997** and that at the date hereof the said **Paul Karlsgodt** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **19th** day of **December** A.D. **2024**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk