ANTHONY J. DIRAIMONDO, ESQ.  (NSB #10875)
Email: adiraimondo@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Ste 1200
Las Vegas, NV 89169
Telephone: (702) 732-9099

PAUL G. KARLSGODT
*Pro hac vice*
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600

CARRIE DETTMER SLYE
*Pro hac vice*
Email: cdettmerslye@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Telephone: (513) 852-2626

*Attorneys for Defendant International Game Technology PLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE BOWNES; JOSEPH LAGRECA; JESSICA NAUMANN; and CHRISTOPHER GOODIN, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY PLC; MGM RESORTS INTERNATIONAL; BALLY'S CORPORATION; PENN ENTERTAINMENT, INC.; STATION CASINOS, LLC,<br><br>Defendants. | Case No.: 3:24-cv-00528-ART-CSD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs Charlotte Bownes, Joseph Lagreca, Jessica Naumann, and Christopher Goodin, on one hand, and Defendant International Game Technology, PLC[1], on the other hand, by and through their respective undersigned attorneys of record (collectively, the "Parties"), hereby stipulate and agree subject to the Court's approval to extend time for defendants to respond to the Complaint (ECF No. 1). The current deadline for Defendant International Game Technology, PLC is January 30, 2025. This is the second request for extension concerning this deadline.

1. On November 21, 2024, Plaintiffs filed their Complaint (ECF No. 1) against defendants, including Defendant International Game Technology, PLC (Defendant).
2. On November 25, 2024, Plaintiffs mailed a copy of the Complaint and Summons to a registered agent associated with Defendant (ECF No. 11).
3. On December 16, 2024, the Court approved an extension of time (ECF No. 19). The current deadline for Defendant to respond to the Complaint (ECF No. 1) is January 30, 2025 (ECF No. 19).
4. Defendant contacted Plaintiffs to discuss its position that International Game Technology, PLC is an improperly named party. The discussions are ongoing.
5. Other named defendants believe they are improperly named and counsel for proposed substitute defendants has contacted Plaintiffs. These discussions are also ongoing.
6. Plaintiffs have stated that they intend to amend the complaint to add additional parties and defendants.
7. Subject to the Court's approval, the Parties have agreed that all defendants shall have an additional thirty days, up to and including March 3, 2025, to respond to the Complaint (ECF No. 1).
8. During the requested extension, the parties intend to confer regarding the named defendants and anticipate the filing of an amended complaint. The Parties will confer regarding the filing of any amended complaint and a proposed briefing schedule. The

---

[1] By entering into this stipulation, Defendant International Game Technology PLC does not waive any arguments related to service of process, jurisdiction or any initial motion defenses.

requested extended is in the interest of judicial economy as continued conferral between the parties may eliminate or limit the need for certain motion practice.

9. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED: January 21, 2025

/s/ Tyler K. Somes (with permission)
DAVID C. O'MARA
Email: david@omaralaw.net
THE O'MARA LAW FIRM, P.C.
311 E. Liberty St
Reno, NV 89501
Telephone: (775) 323-1321

E. POWELL MILLER
*Pro hac vice*
Email: epm@millerlawpc.com
GREGORY A. MITCHELL
*Pro hac vice*
Email: gam@millerlawpc.com
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200

FRANK S. HEDIN
*Pro hac vice forthcoming*
Email: fhedin@hedinllp.com
HEDIN LLP
4395 Brickell Avenue. Suite 610
Miami, FL 33131
Telephone: (305) 357-2107

TYLER K. SOMES
*Pro hac vice*
Email: tsomes@hedinllp.com
HEDIN LLP
1100 15th Street NW, Suite 04-108
Washington, DC 20005
Telephone: (202) 900-3331

*Attorneys for Plaintiffs individually and on behalf of all others similar situated*

DATED: January 21, 2025

/s/ Carrie Dettmer Slye
ANTHONY J. DIRAIMONDO, ESQ. (NSB #10875)
Email: adiraimondo@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Ste 1200
Las Vegas, Nv 89169
Telephone: (702) 732-9099

PAUL G. KARLSGODT
*Pro hac vice*
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600

CARRIE DETTMER SLYE
*Pro hac vice*
Email: cdettmerslye@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Telephone: (513) 852-2626

*Attorneys for Defendant International Game Technology PLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE
Dated: January 21, 2025.**