ANTHONY J. DIRAIMONDO, ESQ. (NSB #10875)
Email: adiraimondo@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Ste 1200
Las Vegas, NV 89169
Telephone: (702) 732-9099
PAUL G. KARLSGODT
*Pro hac vice*
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
CARRIE DETTMER SLYE
*Pro hac vice*
Email: cdettmerslye@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Telephone: (513) 852-2626

*Attorneys for Defendant International Game Technology PLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLOTTE BOWNES; JOSEPH LAGRECA; JESSICA NAUMANN; and CHRISTOPHER GOODIN, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY PLC; MGM RESORTS INTERNATIONAL; BALLY'S CORPORATION; PENN ENTERTAINMENT, INC.; STATION CASINOS, LLC,<br><br>Defendants. | Case No.: 3:24-cv-00528-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR (1) PLAINTIFFS TO FILE AMENDED COMPLAINT; (2) DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT; AND (3) SET BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE MOTION(S)**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs Charlotte Bownes, Joseph Lagreca, Jessica Naumann, and Christopher Goodin, on one hand, and Defendant International Game Technology, PLC (IGT PLC)[1], on the other hand, by and through their respective undersigned attorneys of record (collectively, the "Parties"), hereby stipulate and agree subject to the Court's approval to extend the time for (1) Plaintiffs to file an amended complaint, (2) Defendants to respond to the amended complaint, and (3) set a briefing schedule on Defendants' responsive motion(s). The current deadline for defendants, including IGT PLC, to respond is March 3, 2025. This is the third request for extension concerning this deadline.

1. On November 21, 2024, Plaintiffs filed their Complaint (ECF No. 1) against defendants, including Defendant IGT PLC ("Defendant").
2. On November 25, 2024, Plaintiffs mailed a copy of the Complaint and Summons to a registered agent associated with IGT PLC (ECF No. 11).
3. On December 16, 2024, the Court approved an extension of time (ECF No. 19).
4. On January 22, 2025, the Court approved a second extension of time (ECF No. 26).
5. The current deadline for all defendants to respond to the Complaint (ECF No. 1) is March 3, 2025 (ECF No. 26).
6. Defendant contacted Plaintiffs to discuss its position that IGT PLC is an improperly named party. After conducting a meet and confer process, Plaintiffs have indicated that they intend to dismiss IGT PLC.
7. The other named defendants believe they are improperly named and counsel for proposed substitute defendants has contacted Plaintiffs. These discussions are ongoing and progressing.
8. Plaintiffs have stated that as a result of the meet and confer process they intend to amend the complaint. Counsel for IGT and counsel for the substitute defendants that have conferred with Plaintiffs have agreed to accept service of the amended complaint.
9. Subject to the Court's approval, the Parties have agreed to the following schedule:

---

[1] By entering into this stipulation, Defendant IGT PLC does not waive any arguments related to jurisdiction or any initial motion defenses.

- Plaintiffs shall file and serve their amended complaint on March 17, 2025;
- Defendants shall file and serve any responsive motion(s) on April 17, 2025;
- Plaintiffs shall file and serve any opposition to Defendants' responsive motion(s) on May 19, 2025; and
- Defendants shall file and serve any reply(s) in support of their responsive motion(s) on June 2, 2025.

10. During the requested extension, the parties intend to continue to finalize their meet and confer process regarding the named defendants. The requested extension is in the interest of judicial economy as continued conferral between the parties may eliminate or limit the need for certain motion practice. Further, due to the complexities of the issues raised in this matter and the number of parties involved in the action, the above briefing schedule will allow any additional parties to get up to speed.

11. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED: February 14, 2025            DATED: February 14, 2025

/s/ Tyler K. Somes (with permission)            /s/ Carrie Dettmer Slye

| | |
|---|---|
| DAVID C. O'MARA<br>Email: david@omaralaw.net<br>THE O'MARA LAW FIRM, P.C.<br>311 E. Liberty St<br>Reno, NV 89501<br>Telephone: (775) 323-1321<br><br>E. POWELL MILLER<br>*Pro hac vice*<br>Email: epm@millerlawpc.com<br>GREGORY A. MITCHELL<br>*Pro hac vice*<br>Email: gam@millerlawpc.com<br>THE MILLER LAW FIRM<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br><br>FRANK S. HEDIN<br>*Pro hac vice forthcoming*<br>Email: fhedin@hedinllp.com<br>HEDIN LLP<br>4395 Brickell Avenue. Suite 610<br>Miami, FL 33131<br>Telephone: (305) 357-2107<br><br>TYLER K. SOMES<br>*Pro hac vice*<br>Email: tsomes@hedinllp.com<br>HEDIN LLP<br>1100 15th Street NW, Suite 04-108<br>Washington, DC 20005<br>Telephone: (202) 900-3331<br><br>*Attorneys for Plaintiffs individually and on behalf of all others similar situated* | ANTHONY J. DIRAIMONDO, ESQ. (NSB #10875)<br>Email: adiraimondo@rrsc-law.com<br>RICE REUTHER SULLIVAN & CARROLL, LLP<br>3800 Howard Hughes Parkway, Ste 1200<br>Las Vegas, Nv 89169<br>Telephone: (702) 732-9099<br><br>PAUL G. KARLSGODT<br>*Pro hac vice*<br>Email: pkarlsgodt@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1801 California St., Suite 4400<br>Denver, CO 80202<br>Telephone: (303) 861-0600<br><br>CARRIE DETTMER SLYE<br>*Pro hac vice*<br>Email: cdettmerslye@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>312 Walnut Street, Suite 3200<br>Cincinnati, OH 45202-4074<br>Telephone: (513) 852-2626<br><br>*Attorneys for Defendant International Game Technology PLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated: February 14, 2025**