David A. Carroll (NSB #7643)
Email: dcarroll@rrsc-law.com
Anthony J. DiRaimondo (NSB #10875)
Email: adiraimondo@rrsc-law.com
Robert E. Opdyke (NSB #12841)
Email: ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Attorneys for Defendants IGT; MGM Grand Detroit LLC; Blue Tarp reDevelopment, LLC; UTGR, LLC; NP Palace LLC; Coast Hotels and Casinos, Inc.; and The Cannery Hotel and Casino, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLOTTE BOWNES; JOSEPH LAGRECA; JESSICA NAUMANN; and FERMIN OROPEZA PALACIOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IGT; MGM GRAND DETROIT LLC; BLUE TARP REDEVELOPMENT, LLC; UTGR, LLC; NP PALACE LLC; COAST HOTELS AND CASINOS, INC.; THE CANNERY HOTEL AND CASINO, LLC,<br><br>Defendants. | Case No. 3:24-cv-00528-ART-CSD<br><br>**NOTICE OF APPEARANCE** |

///

///

///

///

///

///

///

1

NOTICE IS HEREBY GIVEN that David A. Carroll, Esq., Anthony J. DiRaimondo, Esq., and Robert E. Opdyke, Esq. of the law firm of RICE REUTHER SULLIVAN & CARROLL, LLP are hereby making appearances as counsel of record on behalf of the following Defendants in the above-captioned action:

1. IGT;
2. MGM Grand Detroit LLC;
3. Blue Tarp reDevelopment, LLC;
4. UTGR, LLC;
5. NP Palace LLC;
6. Coast Hotels and Casinos, Inc.; and
7. The Cannery Hotel and Casino, LLC.

DATED this 17th day of April, 2025.

**RICE REUTHER SULLIVAN & CARROLL, LLP**

By:   */s/ Anthony J. DiRaimondo*
David A. Carroll (NSB #7643)
Email: dcarroll@rrsc-law.com
Anthony J. DiRaimondo (NSB #10875)
Email: adiraimondo@rrsc-law.com
Robert E. Opdyke (NSB #12841)
Email: ropdyke@rrsc-law.com
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Attorneys for Defendants IGT; MGM Grand Detroit LLC; Blue Tarp redevelopment, LLC; UTGR, LLC; NP Palace LLC; Coast Hotels and Casinos, Inc.; and The Cannery Hotel and Casino, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, as follows:

David C. O'Mara, Esq. (NSB #8599)
THE O'MARA LAW FIRM
311 East Liberty Street
Reno, NV 89501
T: 775-323-1321
david@omaralaw.net

E. Powell Miller, Esq. (*Pro Hac Vice*)
Gregory A. Mitchell, Esq. (*Pro Hac Vice*)
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI 48307
T: 248-841-2200
epm@millerlawpc.com

Frank S. Hedin, Esq. *(Pro Hac Vice)*
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
T: 305-357-2107
fhedin@hedinllp.com

Tyler K. Somes, Esq. *(Pro Hac Vice)*
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
T: 202- 900-3331
tsomes@hedinllp.com

*Attorneys for Plaintiffs*

                        /s/ Anthony J. DiRaimondo
                        An employee of Rice Reuther Sullivan & Carroll, LLP