David A. Carroll (Nevada Bar No. 7643)
*dcarroll@rrsc-law.com*
Anthony J. DiRaimondo (Nevada Bar No. 10875)
*adiraimondo@rrsc-law.com*
Robert E. Opdyke (Nevada State Bar No. 12841)
*ropdyke@rrsc-law.com*
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, NV 89169
Telephone: (702) 732-9099

*Attorneys for Defendants MGM Grand Detroit, LLC
and Blue Tarp reDevelopment, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE BOWNES; JOSEPH LAGRECA; JESSICA NAUMANN; and FERMIN OROPEZA PALACIOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IGT; MGM GRAND DETROIT LLC; BLUE TARP REDEVELOPMENT, LLC; UTGR, LLC; NP PALACE LLC; COAST HOTELS AND CASINOS, INC.; THE CANNERY HOTEL AND CASINO, LLC,<br><br>Defendants. | Case No. 3:24-cv-00528-ART-CSD<br><br>**CERTIFICATE OF INTERESTED PARTIES FOR DEFENDANTS MGM GRAND DETROIT, LLC AND BLUE TARP REDEVELOPMENT, LLC** |

Defendants MGM Grand Detroit, LLC and Blue Tarp reDevelopment, LLC, by and through their undersigned attorneys of record, hereby file this Certificate of Interested Parties.

Pursuant to Rule 7.1 and Local Rule 7.1-1, Defendant MGM Grand Detroit, LLC identifies MGM Detroit Holdings, LLC as a parent corporation owning 10% or more of its stock and states there are no other known interested parties having a direct, pecuniary interest in the outcome of the case.

Pursuant to Rule 7.1 and Local Rule 7.1-1, Defendant Blue Tarp reDevelopment, LLC identifies MGM Resorts International as a parent corporation owning 10% or more of its stock and

1

states there are no other known interested parties having a direct, pecuniary interest in the outcome of the case.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 17th day of April, 2025.

**RICE REUTHER SULLIVAN & CARROLL, LLP**

By: */s/   Anthony J. DiRaimondo*
David A. Carroll (Nevada Bar No. 7643)
*dcarroll@rrsc-law.com*
Anthony J. DiRaimondo (Nevada Bar No. 10875)
*adiraimondo@rrsc-law.com*
Robert E. Opdyke (Nevada State Bar No. 12841)
*ropdyke@rrsc-law.com*
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Attorneys for Defendants MGM Grand Detroit, LLC and Blue Tarp reDevelopment, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, as follows:

David C. O'Mara, Esq. (NSB #8599)
THE O'MARA LAW FIRM
311 East Liberty Street
Reno, NV 89501
T: 775-323-1321
david@omaralaw.net

E. Powell Miller
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI 48307
T: 248-841-2200
epm@millerlawpc.com

Frank S. Hedin
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
T: 305-357-2107
fhedin@hedinllp.com

Tyler K. Somes
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
T: 202- 900-3331
tsomes@hedinllp.com

*Attorneys for Plaintiffs*

                                            /s/   Anthony J. DiRaimondo
                                    An employee of Rice Reuther Sullivan & Carroll, LLP

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099