1  ANTHONY J. DIRAIMONDO (NSB #10875)
   Email: adiraimondo@rrsc-law.com
2  RICE REUTHER SULLIVAN & CARROLL, LLP
3  3800 Howard Hughes Parkway, Suite 1200
   Las Vegas, Nevada 89169
4  Telephone: (702) 732-9099

5  *Attorneys for Defendants IGT; MGM Grand Detroit, LLC;*
   *Blue Tarp reDevelopment, LLC; UTGR, LLC; NP Palace LLC;*
6  *Coast Hotels and Casinos, Inc.; and The Cannery Hotel and Casino, LLC*

7  PAUL G. KARLSGODT (*Pro hac vice*)
   Email: pkarlsgodt@bakerlaw.com
8  BAKER & HOSTETLER LLP
   1801 California St., Suite 4400
9  Denver, CO 80202
   Telephone: (303) 861-0600
10
   CARRIE DETTMER SLYE (*Pro hac vice*)
11 Email: cdettmerslye@bakerlaw.com
   BAKER & HOSTETLER LLP
12 312 Walnut Street, Suite 3200
   Cincinnati, OH 45202-4074
13 Telephone: (513) 852-2626

14 *Attorneys for Defendant IGT*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE BOWNES; JOSEPH LAGRECA; JESSICA NAUMANN; and FERMIN OROPEZA PALACIOS, individually and on behalf of all others similarly situated, | Case No.: 3:24-cv-00528-ART-CSD |
| Plaintiffs, | **DEFENDANT IGT'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| IGT; MGM GRAND DETROIT LLC; BLUE TARP REDEVELOPMENT, LLC; UTGR, LLC; NP PALACE LLC; COAST HOTELS AND CASINOS, INC.; THE CANNERY HOTEL AND CASINO, LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 7.1-1, the undersigned counsel of record for Defendant IGT certifies that the following may have a direct, pecuniary interest in the outcome of this case:

IGT states that it is a Nevada corporation and a wholly-owned subsidiary of International Game Technology, also a Nevada corporation. International Game Technology PLC, a publicly-held English and Welsh public limited company, is the ultimate, indirect parent company of IGT. International Game Technology PLC does not directly own any stock of IGT. IGT has no other parent company, and no publicly traded company owns 10% or more of IGT's ordinary shares.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: April 17, 2025

Respectfully submitted,

By: *s/ Carrie Dettmer Slye*
    CARRIE DETTMER SLYE (*Pro hac vice*)
    Email: cdettmerslye@bakerlaw.com
    BAKER & HOSTETLER LLP
    312 Walnut Street, Suite 3200
    Cincinnati, OH 45202-4074
    Telephone: (513) 852-2626

    PAUL G. KARLSGODT (*Pro hac vice*)
    Email: pkarlsgodt@bakerlaw.com
    BAKER & HOSTETLER LLP
    1801 California St., Suite 4400
    Denver, CO 80202
    Telephone: (303) 861-0600

*Attorneys for Defendant IGT*

    ANTHONY J. DIRAIMONDO (NSB #10875)
    Email: adiraimondo@rrsc-law.com
    RICE REUTHER SULLIVAN & CARROLL, LLP
    3800 Howard Hughes Parkway, Suite 1200
    Las Vegas, Nevada 89169
    Telephone: (702) 732-9099

*Attorneys for Defendant IGT and the Casino Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed via this Court's CM/ECF system, which system will cause the forgoing to be electronically served upon the following:

David C. O'Mara
THE O'MARA LAW FIRM, P.C.
311 E. Liberty St
Reno, NV  89501
775.323.1321
david@omaralaw.net

E. Powell Miller, *pro hac vice*
Gregory A. Mitchell, *pro hac vice*
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI  48307
248.841.2200
epm@millerlawpc.com

Frank S. Hedin, *pro hac vice*
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, FL  33131
305.357.2107
fhedin@hedinllp.com

Tyler K. Somes, *pro hac vice*
HEDIN LLP
1100 15th Street NW, Suite 04-108
Washington, DC  20005
202.900.3331
tsomes@hedinllp.com

Dated: April 17, 2025

*s/ Carrie Dettmer Slye*