1  David A. Carroll (Nevada Bar No. 7643)
   *dcarroll@rrsc-law.com*
2  Anthony J. DiRaimondo (Nevada Bar No. 10875)
   *adiraimondo@rrsc-law.com*
3  Robert E. Opdyke (Nevada State Bar No. 12841)
   *ropdyke@rrsc-law.com*
4  **RICE REUTHER SULLIVAN & CARROLL, LLP**
   3800 Howard Hughes Parkway, Suite 1200
5  Las Vegas, NV 89169
   Telephone: (702) 732-9099
6
7  *Attorneys for Defendant UTGR, LLC*

8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10                                          Case No. 3:24-cv-00528-ART-CSD
   CHARLOTTE BOWNES; JOSEPH
11 LAGRECA; JESSICA NAUMANN; and          **DEFENDANT UTGR, LLC'S**
   FERMIN OROPEZA PALACIOS,               **CERTIFICATE OF INTERESTED**
12 individually and on behalf of all others **PARTIES**
   similarly situated,
13
                   Plaintiffs,
14
              v.
15
   IGT; MGM GRAND DETROIT LLC;
16 BLUE TARP REDEVELOMENT, LLC;
   UTGR, LLC; NP PALACE LLC; COAST
17 HOTELS AND CASINOS, INC.; THE
   CANNERY HOTEL AND CASINO, LLC,
18
                   Defendants.
19

20        Defendant UTGR, LLC, by and through its undersigned attorneys of record, hereby states

21 pursuant to Rule 7.1 that it is wholly owned by Bally's Management Group LLC, a wholly owned

22 subsidiary of Bally's Corporation. There is not any other parent corporation owning 10% or more

23 of UTGR, LLC's stock.  Pursuant to Local Rule 7.1-1, there are not any other known parties that

24 have a direct, pecuniary interest in the outcome of the case.

25        These representations are made to enable judges of the Court to evaluate possible

26 disqualifications or recusal.

27

28

                                    1

R**ICE** R**EUTHER** S**ULLIVAN** & C**ARROLL**, **LLP**
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

DATED this 17th day of April, 2025.

**RICE REUTHER SULLIVAN & CARROLL, LLP**

By:    _/s/    Anthony J. DiRaimondo_
David A. Carroll (Nevada Bar No. 7643)
_dcarroll@rrsc-law.com_
Anthony J. DiRaimondo (Nevada Bar No. 10875)
_adiraimondo@rrsc-law.com_
Robert E. Opdyke (Nevada State Bar No. 12841)
_ropdyke@rrsc-law.com_
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

_Attorneys for Defendant UTGR, LLC_

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, as follows:

David C. O'Mara, Esq. (NSB #8599)
THE O'MARA LAW FIRM
311 East Liberty Street
Reno, NV 89501
T: 775-323-1321
david@omaralaw.net

E. Powell Miller
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI 48307
T: 248-841-2200
epm@millerlawpc.com

Frank S. Hedin
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
T: 305-357-2107
fhedin@hedinllp.com

Tyler K. Somes
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
T: 202- 900-3331
tsomes@hedinllp.com

*Attorneys for Plaintiffs*

                                    /s/  Anthony J. DiRaimondo
                                    An employee of Rice Reuther Sullivan & Carroll, LLP

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099