1  David A. Carroll (Nevada Bar No. 7643)
   *dcarroll@rrsc-law.com*
2  Anthony J. DiRaimondo (Nevada Bar No. 10875)
   *adiraimondo@rrsc-law.com*
3  Robert E. Opdyke (Nevada State Bar No. 12841)
   *ropdyke@rrsc-law.com*
4  **RICE REUTHER SULLIVAN & CARROLL, LLP**
   3800 Howard Hughes Parkway, Suite 1200
5  Las Vegas, NV 89169
   Telephone: (702) 732-9099
6
   *Attorneys for Defendants Coast Hotels and Casinos, Inc.*
7  *and The Cannery Hotel and Casino, LLC*

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF NEVADA**

10
   CHARLOTTE BOWNES; JOSEPH            Case No. 3:24-cv-00528-ART-CSD
11 LAGRECA; JESSICA NAUMANN; and
   FERMIN OROPEZA PALACIOS,            **CERTIFICATE OF INTERESTED**
12 individually and on behalf of all others  **PARTIES FOR DEFENDANTS COAST**
   similarly situated,                **HOTELS AND CASINOS, INC. AND**
13                                     **THE CANNERY HOTEL AND CASINO,**
                      Plaintiffs,      **LLC**
14
                 v.
15
   IGT; MGM GRAND DETROIT LLC;
16 BLUE TARP REDEVELOPMENT, LLC;
   UTGR, LLC; NP PALACE LLC; COAST
17 HOTELS AND CASINOS, INC.; THE
   CANNERY HOTEL AND CASINO, LLC,
18
                      Defendants.
19

20       Defendants Coast Hotels and Casinos, Inc. and The Cannery Hotel and Casino, LLC, by and

21 through their undersigned attorneys of record, hereby file this Certificate of Interested Parties.

22       Pursuant to Rule 7.1 and Local Rule 7.1-1, Defendant Coast Hotels and Casinos, Inc.

23 identifies Coast Casinos, Inc. as a parent corporation owning 10% or more of its stock and Boyd

24 Gaming Corporation as a parent corporation of Coast Casino, Inc. owning 10% or more of Coast

25 Casinos, Inc.'s stock, and states there are no other known interested parties other than the parties to

26 this case.

27

28

                                    1

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

1    Pursuant to Rule 7.1 and Local Rule 7.1-1, Defendant The Cannery Hotel and Casino, LLC

2  identifies Boyd Gaming Corporation as a parent corporation owning 10% or more of its stock and

3  states there are no other known interested parties other than the parties to this case.

4    These representations are made to enable judges of the Court to evaluate possible

5  disqualifications or recusal.

6    DATED this 17th day of April, 2025.

7

8                                **RICE REUTHER SULLIVAN & CARROLL, LLP**

9    By:    */s/    Anthony J. DiRaimondo*
              David A. Carroll (Nevada Bar No. 7643)
10             *dcarroll@rrsc-law.com*
              Anthony J. DiRaimondo (Nevada Bar No. 10875)
11             *adiraimondo@rrsc-law.com*
              Robert E. Opdyke (Nevada State Bar No. 12841)
12             *ropdyke@rrsc-law.com*
              3800 Howard Hughes Parkway, Suite 1200
13             Las Vegas, Nevada 89169
              Telephone: (702) 732-9099
14
              *Attorneys for Defendants Coast Hotels and Casinos, Inc.*
15             *and The Cannery Hotel and Casino, LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2025, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record, as follows:

David C. O'Mara, Esq. (NSB #8599)
THE O'MARA LAW FIRM
311 East Liberty Street
Reno, NV 89501
T: 775-323-1321
david@omaralaw.net

E. Powell Miller
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI 48307
T: 248-841-2200
epm@millerlawpc.com

Frank S. Hedin
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
T: 305-357-2107
fhedin@hedinllp.com

Tyler K. Somes
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
T: 202- 900-3331
tsomes@hedinllp.com

*Attorneys for Plaintiffs*

                                       /s/        Anthony J. DiRaimondo
                             An employee of Rice Reuther Sullivan & Carroll, LLP