DAVID A. CARROLL (NSB #7643)
Email: dcarroll@rrsc-law.com
ANTHONY J. DIRAIMONDO (NSB #10875)
Email: adiraimondo@rrsc-law.com
ROBERT E. OPDYKE (NSB #12841)
Email: ropdyke@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Attorneys for Defendants IGT; MGM Grand Detroit, LLC;*
*Blue Tarp reDevelopment, LLC; UTGR, LLC; NP Palace LLC;*
*Coast Hotels and Casinos, Inc.; and The Cannery Hotel and Casino, LLC*

PAUL G. KARLSGODT (*Pro hac vice*)
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600

*Attorneys for Defendant IGT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLOTTE BOWNES; JOSEPH LAGRECA; JESSICA NAUMANN; and FERMIN OROPEZA PALACIOS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>IGT; MGM GRAND DETROIT LLC; BLUE TARP REDEVELOPMENT, LLC; UTGR, LLC; NP PALACE LLC; COAST HOTELS AND CASINOS, INC.; THE CANNERY HOTEL AND CASINO, LLC,<br><br>        Defendants. | Case No.: 3:24-cv-00528-ART-CSD<br>ORDER GRANTING<br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT AND SET BRIEFIING SCHEDULE [ECF NO. 55]**<br><br>**(FIRST REQUEST)** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

Pursuant to LR IA 6-1, Plaintiffs Charlotte Bownes, Joseph Lagreca, Jessica Naumann, and Fermin Oropeza Palacios (collectively, "Plaintiffs") and Defendants IGT; MGM Grand Detroit LLC; Blue Tarp reDevelopment, LLC; UTGR, LLC; NP Palace LLC; Coast Hotels and Casinos, Inc.; and The Cannery Hotel and Casino, LLC (collectively, "Defendants" and together with Plaintiffs, the "Parties"), hereby stipulate and agree, subject to the Court's approval, to extend the time for Defendants to respond to the Second Amended Class Action Complaint ("SAC") (ECF No. 55) and set a briefing schedule on Defendants' anticipated motion to dismiss. The current deadline for Defendants to serve a response to the SAC is May 4, 2026. This is the first request for extension concerning this deadline.

1. On March 18, 2026, this Court entered an Order granting Defendants' Joint Motion to Dismiss and granting Plaintiffs leave to amend (ECF No. 54).

2. Plaintiffs filed their SAC on April 20, 2026 (ECF No. 55).

3. The current deadline for Defendants to respond to the SAC (ECF No. 55) is May 4, 2026.

4. In order to give Defendants sufficient time to investigate the facts alleged in the SAC, Defendants requested, and Plaintiffs agreed to allow, an additional thirty days (30) days to evaluate Plaintiffs' SAC and to file their anticipated motion to dismiss.

5. The Parties also agreed to set a briefing schedule on Defendants' anticipated motion to dismiss in order to allow the Parties sufficient time to brief the various issues and accommodate the Parties' case schedules, pre-planned travel, and Court holidays.

6. Subject to the Court's approval, the Parties have agreed that Defendants shall have until June 2, 2026 to file their anticipated motion to dismiss, Plaintiffs shall have until July 14, 2026 to file any response to Defendants' anticipated motion to dismiss, and Defendants shall have until August 4, 2026 to file any reply.

7. Good cause exists to grant this stipulation, and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

Baker & Hostetler LLP
Attorneys at Law
Denver

1

DATED: April 30, 2026

/s/ *David C. O'Mara*
DAVID C. O'MARA
Email: david@omaralaw.net
THE O'MARA LAW FIRM, P.C.
311 E. Liberty St
Reno, NV  89501
Telephone: (775) 323-1321

E. POWELL MILLER (*Pro hac vice*)
Email: epm@millerlawpc.com
GREGORY A. MITCHELL (*Pro hac vice*)
Email: gam@millerlawpc.com
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI  48307
Telephone: (248) 841-2200

FRANK S. HEDIN (*Pro hac vice*)
Email: fhedin@hedinllp.com
HEDIN LLP
4395 Brickell Avenue. Suite 610
Miami, FL  33131
Telephone: (305) 357-2107

TYLER K. SOMES (*Pro hac vice*)
Email: tsomes@hedinllp.com
HEDIN LLP
1100 15th Street NW, Suite 04-108
Washington, DC  20005
Telephone: (202) 900-3331

*Attorneys for Plaintiffs individually and on behalf of all others similar situated*

DATED: April 30, 2026

/s/ *Paul G. Karlsgodt*
DAVID A. CARROLL (NSB #7643)
Email: dcarroll@rrsc-law.com
ANTHONY J. DIRAIMONDO (NSB #10875)
Email: adiraimondo@rrsc-law.com
ROBERT E. OPDYKE (NSB #12841)
Email: ropdyke@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Attorneys for Defendants IGT, MGM Grand Detroit, LLC, Blue Tarp reDevelopment, LLC, UTGR, LLC, NP Palace LLC, Coast Hotels and Casinos, Inc., and The Cannery Hotel and Casino, LLC*

PAUL G. KARLSGODT  (*Pro hac vice*)
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600

*Attorneys for Defendant IGT*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____April 30, 2026_____

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

2