DAVID A. CARROLL (NSB #7643)
Email: dcarroll@rrsc-law.com
ANTHONY J. DIRAIMONDO (NSB #10875)
Email: adiraimondo@rrsc-law.com
ROBERT E. OPDYKE (NSB #12841)
Email: ropdyke@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Attorneys for Defendants IGT; MGM Grand Detroit, LLC;
Blue Tarp reDevelopment, LLC; UTGR, LLC; NP Palace LLC;
Coast Hotels and Casinos, Inc.; and The Cannery Hotel and Casino, LLC*

PAUL G. KARLSGODT (*Pro hac vice*)
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600

*Attorneys for Defendant IGT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLOTTE BOWNES; JOSEPH LAGRECA; JESSICA NAUMANN; and FERMIN OROPEZA PALACIOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IGT; MGM GRAND DETROIT LLC; BLUE TARP REDEVELOPMENT, LLC; UTGR, LLC; NP PALACE LLC; COAST HOTELS AND CASINOS, INC.; THE CANNERY HOTEL AND CASINO, LLC,<br><br>Defendants. | Case No.: 3:24-cv-00528-ART-CSD<br><br>**DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' IMPROPERLY ADDED CLAIMS**<br><br>*ORAL ARGUMENT REQUESTED – LR 78-1* |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

Defendants IGT; MGM Grand Detroit LLC; Blue Tarp reDevelopment, LLC; UTGR, LLC; NP Palace LLC; Coast Hotels and Casinos, Inc.; and The Cannery Hotel and Casino, LLC (collectively, "Defendants") hereby jointly move to strike Plaintiffs' new causes of action (Counts 7–10), which were added to the Second Amended Class Action Complaint (ECF No. 55) without leave of Court.

Defendants base this motion on Fed. R. Civ. P. 12(f), the following memorandum of points and authorities, all pleadings and other papers on file with the Court, and any oral argument that the Court may entertain.

DATED: June 2, 2026

Respectfully submitted,

/s/ *Paul G. Karlsgodt*

DAVID A. CARROLL (NSB #7643)
Email: dcarroll@rrsc-law.com
ANTHONY J. DIRAIMONDO (NSB #10875)
Email: adiraimondo@rrsc-law.com
ROBERT E. OPDYKE (NSB #12841)
Email: ropdyke@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Attorneys for Defendants IGT, MGM Grand Detroit, LLC, Blue Tarp reDevelopment, LLC, UTGR, LLC, NP Palace LLC, Coast Hotels and Casinos, Inc., and The Cannery Hotel and Casino, LLC*

PAUL G. KARLSGODT  (*Pro hac vice*)
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600

*Attorney for Defendant IGT*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION

In their Second Amended Class Action Complaint ("SAC"), Plaintiffs both exceed and ignore the limited leave to amend that was previously granted by this Court. Specifically, after dismissing the First Amended Class Action Complaint ("FAC"), the Court granted Plaintiffs limited leave to cure only the specific deficiencies identified by the Court's order. Plaintiffs instead used the opportunity to expand the case—asserting four entirely new causes of action that were never previously alleged and never authorized by the Court. Because those claims fall outside the scope of permitted amendment, this Court should strike them from this action.

## II.    ARGUMENT

On November 21, 2024, Plaintiffs filed the instant action (ECF No. 1) and on March 17, 2025, Plaintiffs filed the FAC. (ECF No. 30.) Defendants filed a subsequent motion to dismiss, and on March 18, 2026, this Court granted it. (ECF No. 54.) In its order dismissing the FAC, the Court granted Plaintiffs leave to amend but ruled that such leave was limited to addressing the issues that were specifically "noted" in the Court's order. (ECF No. 54 at 17:4–6.) Despite this order, Plaintiffs have added four new causes of action (Counts 7–10) to their SAC that were not included in either of their two previous complaints. (SAC ¶¶ 287–321.) These causes of action claim: (1) violation of the Michigan Consumer Protection Act, MCL §§ 445.901, *et seq.*, (2) violation of the Rhode Island Unfair Trade Practice and Consumer Protection Act, R.I. Gen. Laws §§ 6-13.1, *et seq.*, (3) violation of the Nevada Deceptive Trade Practices Act, NRS §§ 598.0903, *et seq.*, and (4) breach of the California Consumer Legal Remedies Act, Cal. Civil Code §§ 1750, *et seq.* (SAC ¶¶ 287–321.) Because Plaintiffs added these claims without leave of Court, they should be stricken from this action. *Pathak v. Exotic Meat Market, Inc.*, 2:16–cv–00368–JAD–VCF, 2016 WL 5213915, at *1 (D. Nev. Sept. 20, 2016) (striking amended pleading that "did not comply with any of the procedures described in FRCP 15").

As Rule 15(a)(2) states, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Courts in the Ninth Circuit make

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

clear that "[w]hen the language of an order clearly states that a plaintiff may only amend to address certain deficiencies identified in the order . . . a plaintiff is barred from adding new claims." *Jameson Beach Prop. Owners Ass'n v. U.S.*, No. 2:13-cv-01025-MCE-AC, 2014 WL 4925253, at *4 (E.D. Cal. Sept. 29, 2014) (granting motion to strike newly added claims); *Salem Vegas, L.P. v. Guanci*, No. 2:12-cv-1892-GMN-CWH, 2015 WL 3507651, at *4 (D. Nev. June 3, 2015) (striking causes of action where the court's prior order "granted Plaintiffs leave to amend only to address the deficiencies in the specified claim"); *Benton v. Baker Hughes*, No. CV 12-cv-07735MMM (MRWx), 2013 WL 3353636, at *3 (C.D. Cal. June 30, 2013) (striking new claims where court had allowed "leave to amend only to address the deficiencies in [the plaintiff's] existing causes of action identified in [the court's] order").

Here, after dismissing the Plaintiffs' FAC, this Court granted Plaintiffs leave to amend only the specific causes of action that were addressed in the Court's order. (ECF No. 54 at 17:4–6 (granting "leave to amend to ***address the issues noted herein***" (emphasis added)).) Plaintiffs did not seek leave to expand the case with new claims. Nor did the Court grant it. Yet Plaintiffs used the SAC to add four new causes of action that were not pleaded in the FAC and were never authorized by the Court. Permitting Plaintiffs to expand this litigation—forcing Defendants to research and brief novel statutory claims across four jurisdictions—without leave of Court is precisely the litigation-by-ambush that Rule 15(a)(2) is designed to prevent. This Court should strike these newly added claims.

### III.    CONCLUSION

Based on the foregoing, Defendants respectfully request that the Court grant this Motion and strike Plaintiffs' improperly added claims.  Even if the Court declines to strike, these claims should be dismissed for the reasons set forth in Defendants' contemporaneously-filed Motion to Dismiss.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

DATED: June 2, 2026

Respectfully submitted,

/s/ *Paul G. Karlsgodt*

DAVID A. CARROLL (NSB #7643)
Email: dcarroll@rrsc-law.com
ANTHONY J. DIRAIMONDO (NSB #10875)
Email: adiraimondo@rrsc-law.com
ROBERT E. OPDYKE (NSB #12841)
Email: ropdyke@rrsc-law.com
RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Attorneys for Defendants IGT, MGM Grand Detroit, LLC, Blue Tarp reDevelopment, LLC, UTGR, LLC, NP Palace LLC, Coast Hotels and Casinos, Inc., and The Cannery Hotel and Casino, LLC*

PAUL G. KARLSGODT  (*Pro hac vice*)
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600

*Attorney for Defendant IGT*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was filed via this Court's CM/ECF system, which system will cause the forgoing to be electronically served upon the following:

David C. O'Mara
THE O'MARA LAW FIRM, P.C.
311 E. Liberty St
Reno, NV  89501
775.323.1321
david@omaralaw.net

E. Powell Miller, *pro hac vice*
Gregory A. Mitchell, pro hac vice
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI  48307
248.841.2200
epm@millerlawpc.com

Frank S. Hedin, *pro hac vice*
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, FL  33131
305.357.2107
fhedin@hedinllp.com

Tyler K. Somes, *pro hac vice*
HEDIN LLP
1100 15th Street NW, Suite 04-108
Washington, DC  20005
202.900.3331
tsomes@hedinllp.com

Dated: June 2, 2026

*/s/ Paul G. Karlsgodt*
Paul G. Karlsgodt

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

4