**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHARLOTTE BOWNES; JOSEPH LAGRECA; JESSICA NAUMANN; and FERMIN OROPEZA PALACIOS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

IGT; MGM GRAND DETROIT LLC; BLUE TARP REDEVELOPMENT, LLC; UTGR, LLC; NP PALACE LLC; COAST HOTELS AND CASINOS, INC.; THE CANNERY HOTEL AND CASINO, LLC,

Defendants.

Case No.: 3:24-cv-00528-ART-CSD

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' JOINT MOTIONS (1) FOR RECONSIDERATION, and (2) TO STRIKE**

**FIRST REQUEST**

Pursuant to LR IA 6-1, Plaintiffs Charlotte Bownes, Joseph Lagreca, Jessica Naumann, and Fermin Oropeza Palacios (collectively, "Plaintiffs") and Defendants IGT; MGM Grand Detroit LLC; Blue Tarp reDevelopment, LLC; UTGR, LLC;

1

NP Palace LLC; Coast Hotels and Casinos, Inc.; and The Cannery Hotel and Casino, LLC (collectively, "Defendants" and together with Plaintiffs, the "Parties"), hereby stipulate and agree, subject to the Court's approval, to extend the time for Plaintiffs to respond to (1) Defendants' Joint Motion for Reconsideration Based on Intervening Authority and New Allegations, or, in the Alternative, to Certify the Jurisdictional Question to the Nevada Supreme Court ("Motion for Reconsideration") (ECF No. 60), and (2) Defendants' Joint Motion to Strike Plaintiffs' Improperly Added Claims ("Motion to Strike") (ECF No. 63), to have the opposition briefs match with the deadline for Plaintiffs to file a response to Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint, which has a deadline of July 14, 2026 (ECF No. 58 at 2). The current deadline for Plaintiffs to respond to the Motion for Reconsideration and Motion to Strike is June 16, 2026, and this is the first request for extension concerning this deadline.

1. On March 18, 2026, this Court entered an Order granting Defendants' Joint Motion to Dismiss and granting Plaintiffs leave to amend (ECF No. 54).

2. Plaintiffs filed their SAC on April 20, 2026 (ECF No. 55).

3. On April 30, 2026, the Court entered the Parties' Stipulated Order which, among setting other deadlines, set a deadline of June 2, 2026, for Defendants to respond to the SAC and a deadline of July 14, 2026 for Plaintiffs' to oppose Defendants' Motion to Dismiss (ECF No. 58).

4. On June 2, 2026, Defendants filed the Joint Motion to Dismiss (ECF No. 61), Motion for Reconsideration (ECF No. 60), and Motion to Strike (ECF No. 63).

5. Through correspondence with counsel for Defendants, counsel for Plaintiffs requested and Defendant consented to a request to extend Plaintiffs' deadlines for filing their responses to Defendants' Joint Motion for

Reconsideration and Motion to Strike from June 16, 2026, to July 14, 2026—to align the Plaintiffs' deadline for responding to the Motion for Reconsideration and the Motion to Strike (ECF Nos. 60 and 63) with the deadline previously established by this Court for responding to the Motion to Dismiss (ECF No. 61) (which is presently set for July 14, 2026). Defendants shall have until August 4, 2026, to file any reply in support of the Motion for Reconsideration or Motion to Strike (which extension shall align with the reply deadline previously established by this Court regarding the Motion to Dismiss (ECF No. 61)).

6. Subject to the Court's approval, the Parties have agreed that Plaintiffs shall have until July 14, 2026, to file their responses to each of Defendants' Joint Motions (ECF Nos. 60, 61, and 63), Defendants shall have until August 4, 2026, to file reply briefs, and all remaining deadlines set forth in the Court's April 30, 2026, Order (ECF No. 58) will remain.

7. Good cause exists to grant this stipulation as counsel for Plaintiffs have numerous interceding deadlines in other matters before the present response deadlines for the Motion to Reconsideration and the Motion to Strike, and this stipulation is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated: June 5, 2026

/s/ David C. O'Mara, Esq.
DAVID C. O'MARA
Email: david@omaralaw.net
THE O'MARA LAW FIRM, P.C.
311 E. Liberty St
Reno, NV 89501
Telephone: (775) 323-1321

Dated: June 5, 2026

/s/ DAVID A. Carroll, Esq
DAVID A. CARROLL (NSB #7643)
Email: dcarroll@rrsc-law.com
ANTHONY J. DIRAIMONDO (NSB
Email: adiraimondo@rrsc-law.com
ROBERT E. OPDYKE (NSB #12841)
Email: ropdyke@rrsc-law.com

3

E. POWELL MILLER (*Pro hac vice*)
Email: epm@millerlawpc.com
GREGORY A. MITCHELL (*Pro hac vice*)
Email: gam@millerlawpc.com
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200

FRANK S. HEDIN (*Pro hac vice*)
Email: fhedin@hedinllp.com
HEDIN LLP
4395 Brickell Avenue. Suite 610
Miami, FL 33131
Telephone: (305) 357-2107

TYLER K. SOMES (*Pro hac vice*)
Email: tsomes@hedinllp.com
HEDIN LLP
1100 15th Street NW, Suite 04-108
Washington, DC 20005
Telephone: (202) 900-3331

*Attorneys for Plaintiffs individually and on behalf of all others similar situated*

RICE REUTHER SULLIVAN &
CARROLL, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

*Attorneys for Defendants IGT, MGM Grand Detroit, LLC, Blue Tarp reDevelopment, LLC, UTGR, LLC, NP Palace LLC, Coast Hotels and Casinos, Inc., and The Cannery Hotel and Casino, LLC*

PAUL G. KARLSGODT (*Pro hac vice*)
Email: pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600

*Attorneys for Defendant IGT*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

Dated: June 8, 2026